GUSTAVUS A. BRETT et al., Respondents, *v.* GRAHAMS POLLEY, Appellant.

(Argued April 28, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made the third Monday of December, 1890, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John Berry* for appellant.

*William W. Goodrich* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____